| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* _____    Chapter   **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Memphis Made Brewing Company LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **32-0393316** | |
| 4. | **Debtor's address** | **Principal place of business** **435 Madison Ave., Ste. 100** **Memphis, TN 38103** Number, Street, City, State & ZIP Code  **Shelby** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Memphis Made Brewing Company LLC**_____ Case number (*if known*)_____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Memphis Made Brewing Company LLC**   Case number (*if known*) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Memphis Made Brewing Company LLC** Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Memphis Made Brewing Company LLC**     Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 7, 2025**
MM / DD / YYYY

**X /s/ Andrew Ashby**            **Andrew Ashby**
Signature of authorized representative of debtor       Printed name

Title **Vice President**

**18. Signature of attorney**

**X /s/ Toni Campbell Parker**          Date **August 7, 2025**
Signature of attorney for debtor                   MM / DD / YYYY

**Toni Campbell Parker**
Printed name

**Law Firm of Toni Campbell Parker**
Firm name

**45 N. BB KIng Blvd.., Ste. 201**
**Memphis, TN 38103**
Number, Street, City, State & ZIP Code

Contact phone **901-483-1020**     Email address **tparker002@att.net**

**006984 TN**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Memphis Made Brewing Company LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **ATA Accountants** P.O. Box 11268 Jackson, TN 38308 | | **Vendor** | | | | $2,684.24 |
| **BMG Music License** BMG Headquarters Nashville 1 Music Circle South Ste. 500 Nashville, TN 37203 | | **License Fees** | | | | $2,732.29 |
| **Chase Credit Card** P.O. Box 94014 Palatine, IL 60094 | | **Credit Card** | | | | $94,147.46 |
| **Chemstation** 729 Progress Road Collierville, TN 38017 | | **Vendor** | | | | $1,499.62 |
| **City of Memphis Treasurer** City Hall, 125 N. Main, Ste. 375 Memphis, TN 38103 | | **Personal Property Taxes** | | | | $7,186.47 |
| **Flexible Label** 243 Jefferson Ave. Memphis, TN 38103 | | **Vendor** | | | | $1,352.92 |
| **Griggs HVAC** P.O. Box 791 Arlington, TN 38002 | | **Vendor** | | | | $5,409.94 |
| **Guaranty Bank and Trust** c/o Deron Wisdom 4884 Poplar Ave. Memphis, TN 38117 | | **Secured by Assets of Company** | | $43,985.62 | $0.00 | $43,985.62 |
| **Guaranty Bank and Trust** c/o Deron Wisdom 4884 Poplar Ave. Memphis, TN 38117 | | **Secured by assets of Company** | | $668,069.06 | $0.00 | $668,069.06 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **Memphis Made Brewing Company LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Guaranty Bank and Trust** c/o Deron Wisdom 4884 Poplar Ave. Memphis, TN 38117 | | **Secured by assets of company** | | $468,641.13 | $0.00 | $468,641.13 |
| **Internal Revenue Service** Memphis, TN 38101-0069 | | | | | | $18,000.00 |
| **Lewis Thomason** 40 S. Main St. #2900 Memphis, TN 38103 | | **Attorney Fees** | | | | $37,467.16 |
| **Malteurop** 2121 Airline Drive Ste. 520 Metairie, LA 70001 | | **Collections** | | | | $5,635.77 |
| **PGK Properties LLC** 3930 East Jones Bridge Rd., Ste. 145 Attn Robert W. Worthington Norcross, GA 30092 | | **Back Rent** | | | | $65,018.00 |
| **Proximity Malt** 644 S. 5th St. Milwaukee, WI 53204 | | **Vendor** | | | | $4,324.00 |
| **SBA EIDL Loan** 2 North Street, Suite 320 Birmingham, AL 35203 | | **Lien on Brewery Equipment** | | $500,000.00 | $0.00 | $500,000.00 |
| **SEASAC** 35 Music Square East Nashville, TN 37203 | | **Vendor** | | | | $3,276.48 |
| **Shelby County Trustee** P.O. Box 2751 Memphis, TN 38101 | | **Personal Property Taxes** | | | | $9,545.98 |
| **Smurfit Westrock/Victory Packaging** 5510 E. Holmes Rd., Ste. 3 Memphis, TN 38118 | | **Vendor for Packaging** | | | | $4,525.01 |
| **US Bank Credit Card** 800 Nicolet Mall Minneapolis, MN 55402 | | **Credit Card** | | | | $6,868.41 |

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Memphis Made Brewing Company LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew Barton**<br>**1850 Manila**<br>**Memphis, TN 38114** | **Member** | **50%** | |
| **Andy Ashby**<br>**2048 Nelson Ave.**<br>**Memphis, TN 38104** | **Member** | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August  7, 2025**

Signature  **/s/ Andrew Ashby**  
**Andrew Ashby**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

1st Choice Material Handling, LLC
2005 Fletcher Creek Drive
Memphis, TN 38133

ASCAP Music License
2 Music Square West
Nashville, TN 37203

ATA Accountants
P.O. Box 11268
Jackson, TN 38308

Austein Mechanical Contractors, Inc.
4119 Pidgeon Roost Rd.
Memphis, TN 38118

BMG Music License
BMG Headquarters Nashville
1 Music Circle South Ste. 500
Nashville, TN 37203

Chase Credit Card
P.O. Box 94014
Palatine, IL 60094

Chemstation
729 Progress Road
Collierville, TN 38017

City of Memphis Treasurer
City Hall, 125 N. Main, Ste. 375
Memphis, TN 38103

Development Services Group
Attn Gary Prosterman
40 S. Main Ste. 2200
Memphis, TN 38103

FCCI Insurance
6300 University Parkway
Sarasota, FL 34240

Flexible Label
243 Jefferson Ave.
Memphis, TN 38103

Griggs HVAC
P.O. Box 791
Arlington, TN 38002

Guaranty Bank and Trust
c/o Deron Wisdom
4884 Poplar Ave.
Memphis, TN 38117

```
Harvest Creative
348 N Main St. #2900
Memphis, TN 38103

Internal Revenue Service
Memphis, TN 38101-0069


Lee Webber
5410 Poplar Ave., Ste.. 900
Memphis, TN 38119

Lewis Thomason
40 S. Main St. #2900
Memphis, TN 38103

Lurie & Associates LLC
2650 Thousand Oaks Blvd. Ste, 2350
Memphis, TN 38118

Malteurop
2121 Airline Drive Ste. 520
Metairie, LA 70001

PGK Properties LLC
3930 East Jones Bridge Rd., Ste. 145
Attn Robert W. Worthington
Norcross, GA 30092

Proximity Malt
644 S. 5th St.
Milwaukee, WI 53204

SBA EIDL
2 International Plaza Dr. Ste. 500
Nashville, TN

SBA EIDL Loan
2 North Street, Suite 320
Birmingham, AL 35203

SEASAC
35 Music Square East
Nashville, TN 37203

Shelby County Trustee
P.O. Box 2751
Memphis, TN 38101

Smurfit Westrock/Victory Packaging
5510 E. Holmes Rd., Ste. 3
Memphis, TN 38118
```

```
Tacker Fabrication
P.O. Box 326
Tipton, TN 38071

TTB
Excise Tax
P.O. Box 790353
Saint Louis, MO 63179-0353

US Bank Credit Card
800 Nicolet Mall
Minneapolis, MN 55402
```

# United States Bankruptcy Court
## Western District of Tennessee

In re   **Memphis Made Brewing Company LLC**                               Case No.
                                    Debtor(s)                              Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Memphis Made Brewing Company LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 7, 2025** | **/s/ Toni Campbell Parker** |
| Date | **Toni Campbell Parker** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Memphis Made Brewing Company LLC** |
| | **Law Firm of Toni Campbell Parker** |
| | **45 N. BB KIng Blvd.., Ste. 201** |
| | **Memphis, TN 38103** |
| | **901-483-1020 Fax:866-489-7938** |
| | **tparker002@att.net** |