**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: MEMPHIS MADE BREWING COMPANY LLC | CASE 25-23931 |
| Debtor | Chapter 11 Case |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

Please take notice that R. Lee Webber, Martin, Tate, Morrow & Marston, P.C., enters his appearance on behalf of Guaranty Bank and Trust Company (Creditor) and pursuant to Bankruptcy Rules 9010(b), 2002(a) & (b), and 3017(a), requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address and telephone number listed below.

    Respectfully submitted,

    /s/ R. Lee Webber
    R. Lee Webber (18266)
    MARTIN, TATE, MORROW &
    MARSTON, P.C.
    Attorneys for Creditor
    6410 Poplar Avenue, Suite 900
    Memphis, TN 38119
    Phone: (901) 522-9000
    Fax (901) 527-3746
    File No.:  G70510.41

CERTIFICATE OF SERVICE/PLEASE SERVICE THE FOLLOWING

    I, R. Lee Webber, do hereby certify that I have served a true and correct copy of the forgoing document on the following interested parties via U.S. Mail or the Court's ECF system to be circulated upon entry onto the Court's docket this 8th day of August, 2025

Debtor

Debtor's Attorney

United States Trustee

Sub V Trustee

    /s/R. Lee Webber
    R. Lee Webber